# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

DIAMOND RESORTS U.S. COLLECTION
DEVELOPMENT, LLC, and DIAMOND RESORTS
HAWAII COLLECTION DEVELOPMENT, LLC,

    Plaintiffs,

vs.                                                                  Case No.: 6:21-cv-00973-RBD-DCI

PRIMO MANAGEMENT GROUP, INC.,
ISRAEL SANCHEZ, JR.,

    Defendants.
_____/

## NOTICE OF SELECTION OF AGREED MEDIATOR

Plaintiffs, Diamond Resorts U.S. Collection Development, LLC and Diamond Resorts Hawaii Collection Development, LLC, file this Notice of Selection of Agreed Mediator pursuant to the Court's September 10, 2021 Order (D.E. 22), and respectfully state as follows:

Counsel for all parties have agreed to mediate with Richard F. Joyce, Esq. of Central Florida Mediators in compliance with the Middle District of Florida Local Rules and the Court's Orders regarding mediation.

DATED this 22nd day of September 2021.

        Respectfully submitted,

        */s/ Julia Stepanova*_____
        GREENSPOON MARDER, LLP
        Richard W. Epstein (FL Bar #229091)
        Jeffrey A. Backman (FL Bar #662501)
        Julia Stepanova (FL Bar #1021185)
        200 E. Broward Blvd., Suite 1800
        Fort Lauderdale, FL 33301
        (954) 491-1120
        Richard.Epstein@gmlaw.com
        Jeffrey.Backman@gmlaw.com
        Julia.Stepanova@gmlaw.com

## **CERTIFICATE OF CONFERENCE**

I hereby certify that counsel for Plaintiffs have conferred with counsel for Defendants regarding the subject matter of this notice, and that Defendants' counsel have agreed to this notice.

        By:  */s/ Julia Stepanova*
            Julia Stepanova

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, a true and correct copy of the foregoing was served on all counsel of record via the Court's Case Management/Electronic Case Filing System, CM/ECF.

By:  */s/ Julia Stepanova*
      Julia Stepanova