UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DIAMOND RESORTS U.S. COLLECTION
DEVELOPMENT, LLC, and DIAMOND RESORTS
HAWAII COLLECTION DEVELOPMENT, LLC,

    Plaintiffs,

vs.                                                        Case No.: 6:21-cv-00973-RBD-DCI

PRIMO MANAGEMENT GROUP, INC.,
ISRAEL SANCHEZ, JR.,

    Defendants.
_____/

**UNOPPOSED MOTION FOR SPECIAL ADMISSION**

Matthew S. Rapkowski, Esquire, of Greenspoon Marder LLP, 590 Madison Avenue, Suite 1800, New York, New York 10022 ("Movant"), pursuant to Local Rule 2.01(c), respectfully moves for special admission to appear pro hac vice in the above entitled action, and any related proceeding, as counsel for Plaintiffs, Diamond Resorts U.S. Collection Development, LLC and Diamond Resorts Hawaii Collection Development, LLC (collectively, "Diamond"), and states and certifies as follows:

1. Diamond has retained Greenspoon Marder LLP to represent it as counsel in this action.

2. Movant is neither a Florida resident nor a member in good standing of The Florida Bar.

3. Movant is an active member in good standing of the bar in the State of New York. I am also admitted to, and in good standing with the United States District Court for the Eastern District of New York.

4. Movant has not abused the privilege of special admission by maintaining a regular law practice in Florida. I have not appeared in any cases in Florida state or federal court in the last thirty-six months.

5. Movant designates Richard W. Epstein, a resident Florida attorney of the law firm Greenspoon Marder LLP, 200 E. Broward Blvd., Suite 1800, Fort. Lauderdale, Florida 33301, who is admitted to practice in this Court and who consents to the designation as local counsel.

6. Movant will comply with the federal rules and this Court's local rules. Movant certifies further that he will make himself familiar with and shall be governed by the Local Rules of this Court, the rules of professional conduct, and all other requirements governing the United States District Court for the Middle District of Florida and the Orlando Division of the United States District Court.

7. Movant is familiar with 28 U.S.C. § 1927, which provides:

> Any attorney or other person admitted to conduct cases in any court of the United States or any Territory thereof who so multiplies the proceedings in any case unreasonably and vexatiously may be required by the court to satisfy personally the excess costs, expenses, and attorneys' fees reasonably incurred because of such conduct.

8. Movant has paid the fee for special admission or will pay the fee upon special admission.

9. Movant will register with the Court's CM/ECF system upon special admission.

10. I affirm the oath, which states:

I will support the Constitution of the United States. I will bear true faith and allegiance to the government of the United States. I will maintain the respect due to the courts of justice and all judicial officers. I will well and faithfully discharge my duties as an attorney and officer of this Court. I will conduct myself uprightly and according to the law and the recognized standards of ethics of the legal profession.

### Local Rule 3.01(g) Certification

Movant conferred with counsel for the opposing parties and represents that counsel for the opposing parties is not opposed to my special admission.

Dated: January 18, 2022.   GREENSPOON MARDER LLP

By:   */s/ Richard Epstein*
Richard W. Epstein (FBN 229091)
richard.epstein@gmlaw.com
maria.salgado@gmlaw.com
Jeffrey A. Backman (FBN 662501)
jeffrey.backman@gmlaw.com
khia.joseph@gmlaw.com
lajoi.thompson@gmlaw.com
200 East Broward Boulevard, Suite 1800
Fort Lauderdale, Florida 33301
Telephone: 954.491.1120
Facsimile:  954.343.6958

By:  */s/ Matthew S. Rapkowski*
Matthew Scott Rapkowski (*pro hac vice*)
N.Y. Registration No. 5721725
Matthew.rapkowski@gmlaw.com
Lajoi.thompson@gmlaw.com
590 Madison Ave., Suite 1800
New York, New York 10022
Telephone: 212.524.5050
Facsimile: 212.524.5050

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that, on January 18, 2022, a copy of the foregoing document was filed electronically on the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties who have entered an appearance in this matter.

*/s/ Richard W. Epstein*
Richard W. Epstein