**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

Case No.: 6:21-cv-00973-RBD-DCI

DIAMOND RESORTS U.S. COLLECTION
DEVELOPMENT, LLC, and DIAMOND
RESORTS HAWAII COLLECTION
DEVELOPMENT, LLC,

     Plaintiffs,

vs.

PRIMO MANAGEMENT GROUP, INC.,
ISRAEL SANCHEZ, JR.,

     Defendants.

_____/

**PLAINTIFFS' AND DEFENDANTS' JOINT STIPULATION**
**OF DISMISSAL WITH PREJUDICE**

Plaintiffs, DIAMOND RESORTS U.S. COLLECTION DEVELOPMENT, LLC, and DIAMOND RESORT HAWAII COLLECTION DEVELOPMENT, LLC ("Plaintiffs"), and Defendants, PRIMO MANAGEMENT GROUP, INC. and ISRAEL SANCHEZ, JR. ("Defendants"), by and through their respective undersigned attorneys, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby jointly stipulate to dismissal of all claims asserted by either

1

party in this case, with prejudice, and with each of the parties to bear their own attorneys' fees and costs.

Dated: August 3, 2022.

| GREENSPOON MARDER LLP | LOWNDES, DROSDCIK, DOSTER, KANTOR & REED, P.A. |
|---|---|
| */s/ Richard W. Epstein*<br>Richard W. Epstein<br>Florida Bar No. 229091<br>Jeffrey A. Backman<br>Florida Bar No. 662501<br>200 E. Broward Blvd., Suite 1800<br>Fort Lauderdale, FL 33301<br>Telephone:  (954) 491-1120<br>Facsimile:  (407) 209-3152<br>Richard.Epstein@gmlaw.com<br>Jeffrey.Backman@gmlaw.com<br>Khia.Joseph@gmlaw.com<br>Maria.Salgado@gmlaw.com<br><br>*Counsel for Plaintiffs* | */s/ James S. Toscano*<br>James S. Toscano<br>Florida Bar No. 899909<br>Michael Piccolo<br>Florida Bar No. 1003505<br>215 North Eola Drive<br>Orlando, Florida 32802-2809<br>Telephone: (407) 843-4600<br>Facsimile: (407) 843-4444<br>James.toscano@lowndes-law.com<br>Michael.piccolo@lowndes-law.com<br><br>*Counsel for Defendants* |

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system on this <u>3rd</u> day of August, 2022. All parties not registered to receive notifications through CM/ECF will be served in compliance with the rules of civil procedure.

*/s/ Richard W. Epstein*
Richard W. Epstein