## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

DIAMOND RESORTS U.S.
COLLECTION DEVELOPMENT,
LLC and DIAMOND RESORTS
HAWAII COLLECTION
DEVELOPMENT, LLC,

      Plaintiffs,

v.                                                              Case No:  6:21-cv-973-RBD-DCI

PRIMO MANAGEMENT GROUP,
INC. and ISRAEL SANCHEZ, JR.,

      Defendants.

_____

### ORDER OF DISMISSAL

The parties have filed a Joint Stipulation of Dismissal with Prejudice (Doc. 28). The notice is effective without an order.  *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Anago Franchising, Inc. v. Shaz*, *LLC*, 677 F.3d 1272, 1278 (11th Cir. 2012); *see also Est. of West v. Smith*, No. 20-10071, 2021 WL 3699467, at *4 (11th Cir. Aug. 20, 2021).

Accordingly, it is **ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE**.  All pending motions are denied as moot and all deadlines and hearings are terminated. The Clerk is directed to close the file.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 4, 2022.



ROY B. DALTON JR.
United States District Judge